HMK/mhb CH 7776

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
FEDERAL INSURANCE COMPANY

         Plaintiffs,                                07 CIV 9652 (MGC)
                                                  ECF CASE

      -against-

ADCOM EXPRESS INC. d/b/a               **RULE 7.1 STATEMENT**
ADCOM WORLDWIDE

         Defendant.
------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH

IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:   VIGILANT INSURANCE COMPANY - CHUBB CORPORATION

PUBLICALLY HELD

Dated: October 30, 2007

                                KINGSLEY, KINGSLEY & CALKINS
                                Attorneys for Plaintiff

                                BY:__/S/_____
                                HAROLD M. KINGSLEY
                                91 W. Cherry Street
                                Hicksville, New York 11801
                                (516) 931-0064