Vincent M. DeOrchis, Esq. (VMD-6515)
Mika T. Hallakorpi  (MH-8126)
DEORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

Attorneys for ADCOM EXPRESS INC.
d/b/a ADCOM WORLDWIDE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                  Plaintiff,

  -against-

ADCOM EXPRESS INC. d/b/a
ADCOM WORLDWIDE

                  Defendant.
------------------------------------------------------------X

ECF

07 Civ. 9652 (MGC)(AJP)

**FED. R. CIV. P.
<u>7.1 CERTIFICATION</u>**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendant ADCOM EXPRESS INC. d/b/a ADCOM WORLDWIDE certifies upon information and belief that there is no corporate parent and no publicly held corporation that owns more than ten percent of the stock.

Dated:  New York, New York
         November 29, 2007

                                        DEORCHIS, WIENER & PARTNERS, LLP
                                        Attorneys for ADCOM EXPRESS INC.
                                        d/b/a ADCOM WORLDWIDE


                                        By:  s/ Vincent M. DeOrchis
                                          Vincent M. DeOrchis, Esq. (VMD-6515)
                                          Mika T. Hallakorpi  (MH-8126)
                                          61 Broadway, 26th Floor
                                          New York, New York  10006-2802
                                          (212) 344-4700 / Our File:  2104-37B