HMK/mjg/ CH 7776

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
FEDERAL INSURANCE COMPANY,

    Plaintiffs,

-against-

ADCOM EXPRESS INC. d/b/a
ADCOM WORLDWIDE

    Defendant.
------------------------------------------------X



ECF CASE
07 Civ. 9652 (MGC)

STIPULATION AND CONSENT
ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties herein, that the above entitled action be and hereby is dismissed without prejudice and without costs to any party.

Dated: Hicksville, New York
       February 1, 2008

KINGSLEY, KINGSLEY & CALKINS
    Attorneys for Plaintiff

By: _____
Steven P. Calkins
91 W. Cherry Street
Hicksville, NY 11801
(516) 931-0064

DeORCHIS, WIENER & PARTNERS
    Attorneys for Defendant

By: _____
Vincent M. DeOrchis
61 Broadway, 26th Floor
New York, New York 10006
(212) 344-4700

SO ORDERED:

_____
U.S.D.J.
2-7-08